People v Koenig (2023 NY Slip Op 50448(U))

[*1]

People v Koenig (Karleen)

2023 NY Slip Op 50448(U)

Decided on April 20, 2023

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on April 20, 2023
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : JERRY GARGUILO, P.J., TIMOTHY S. DRISCOLL, GRETCHEN WALSH, JJ

2022-5 RO C

The People of the State of New York, Respondent, 
against
Karleen Koenig, Appellant. 

Peter J. Gleason, for appellant.
Clarkstown Town Attorney's Office (Craig E. Johns and Paul K. Schofield of counsel), for respondent.

Appeal from a decision of the Justice Court of the Town of Clarkstown, Rockland County (Scott B. Ugell, J.H.O.), dated December 14, 2021. The decision, after a hearing, upon finding defendant's dog to be dangerous under Agriculture and Markets Law § 123, found defendant liable for medical costs in the sum of $631.14.

ORDERED that the appeal is dismissed as no appeal lies from a decision (see UJCA 1702).
The Justice Court found defendant's dog to be a dangerous dog (see Agriculture and Markets Law § 123 [2]). Pursuant to Agriculture and Markets Law § 123 (10), once the dog is deemed a dangerous dog, an owner or lawful custodian of a dangerous dog shall "be strictly liable for medical costs resulting from injury caused by such dog." After a hearing, the court issued a decision finding defendant liable for medical costs in the sum of $631.14. 
Unlike a determination that a dog is dangerous, which determination is appealable (see Agriculture and Markets Law § 123 [5] [a]; Town of Southampton v Ciuzio, 19 Misc 3d 140[A], 2008 NY Slip Op 50911[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2008] [relying on Agriculture and Markets Law former § 121 [5] [a], now renumbered § 123 [5] [a]), no appeal lies from a decision, after a hearing, finding defendant strictly liable in a specific amount for medical costs (see UJCA 1702).
Accordingly, the appeal is dismissed. 
GARGUILO, P.J., DRISCOLL and WALSH, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 20, 2023